# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JANE DOE 1, et al.,

        Plaintiffs,

vs.

MATTHEW WEISS, et al.,

        Defendants

Case No. 5:25-cv-00997

Hon. Hernán D. Vera

*Electronically Filed and Served*

**NOTICE OF FILING PURSUANT TO 28 USC § 1407 (c)(ii)**

Filed on behalf of Defendant:
Keffer Development Services, LLC

Thomas W. King, III
PA ID # 21580
**DILLON, MCCANDLESS, KING, COULTER & GRAHAM L.L.P.**
128 West Cunningham Street
Butler, PA 16001
Telephone: 724-283-2200
Facsimile: 724-283-2298

tking@dmkcg.com

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JANE DOE 1, et al.,

        Plaintiffs,         Case No. 5:25-cv-00997

vs.                                    Hon. Hernán D. Vera

MATTHEW WEISS, et al.,

        Defendants.

---

### NOTICE OF FILING PURSUANT TO 28 USC § 1407 (c)(ii)

NOTICE IS HEREBY GIVEN, pursuant to 28 U.S.C. 4 § 1407 that the Defendant Keffer Development Servies, LLC has filed a "Motion to Transfer Related Cases for Consolidated Pretrial Proceedings" with the United States Judicial Panel of Multidistrict Litigation. A copy of the pleading is attached.

    Respectfully Submitted,

    **DILLON MCCANDLESS KING**
    **COULTER & GRAHAM, LLP**

Dated:  June 9, 2025         By: /s/ Thomas W. King, III
        Thomas W. King, III
        PA. I.D. No. 21580
        Jordan P. Shuber
        PA. I.D. No. 317823
    128 West Cunningham St.
    Butler, PA 16001
    Telephone: 724-283-2200

                                                Fax: 724-283-2298  
                                                Email: tking@dmkcg.com  
                                                             jshuber@dmkcg.com  
                                              *Counsel for Defendant, Keffer Development Services, LLC*