# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOE 1 et al.,

    Plaintiffs,

v.                                                 Case No. 25-cv-10806
                                                HON. MARK A. GOLDSMITH

MATTHEW WEISS et al.,

    Defendants.
_____/

DOE I et al.,

    Plaintiffs,

v.                                                 Case No. 25-cv-10855
                                                HON. MARK A. GOLDSMITH

MATTHEW WEISS et al.,

    Defendants.
_____/

ROE CLF 001 et al.,

    Plaintiffs,

v.                                                 Case No. 25-cv-10870
                                                HON. MARK A. GOLDSMITH

MATTHEW WEISS et al.,

    Defendants.
_____/

DOE,

    Plaintiff,

v.                                                 Case No. 25-cv-10876
                                                HON. MARK A. GOLDSMITH

UNIVERSITY OF MICHIGAN
BOARD OF REGENTS et al.,

        Defendants.
_____/

DOE,

        Plaintiff,

v.                                                 Case No. 25-cv-10951
                                                 HON. MARK A. GOLDSMITH

BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN et al.,

        Defendants.
_____/

DOE 1 et al.,

        Plaintiffs,

v.                                                 Case No. 25-cv-10946
                                                 HON. MARK A. GOLDSMITH

THE REGENTS OF THE UNIVERSITY
OF MICHIGAN et al.,

        Defendants.
_____/

DOE,

        Plaintiff,

v.                                                 Case No. 25-cv-10988
                                                 HON. MARK A. GOLDSMITH

MATTHEW WEISS et al.,

        Defendants.
_____/

DOE I et al.,

        Plaintiffs,

v.                                                 Case No. 25-cv-10999
                                                 HON. MARK A. GOLDSMITH

BOARD OF REGENTS OF THE  
UNIVERSITY OF MICHIGAN et al.,

      Defendants.

_____/

## ORDER FOR CONSOLIDATION AND RELATED MATTERS

The Court conducted a conference with counsel on May 14, 2025 to discuss several case management issues, including those raised in the Joint Statement (Dkt. 50), relative to the eight cases that the Court has denominated as the Weiss Litigation.[1] Based on input from counsel and review of the filings on the docket, the Court sets forth the substance of its current management rulings below. The reasoning for these rulings will be set forth in an opinion to be issued later.

1) The Weiss Litigation cases are consolidated for all purposes, with Case No. 25-cv-10806 designated as the lead case. All cases, other than the lead case, are administratively closed. All future filings must be made in the lead case only.

2) The Court appoints as interim co-lead counsel the following attorneys:

   Parker G. Stinar of Stinar, Gould, Grieco, & Hensley, P.L.L.C.;

   James Pizzirusso of Hausfeld LLP; and

   J. Gerard Stranch, IV of Stranch, Jennings & Garvey, PLLC.

   Nathan Fink of Fink Bresack is appointed interim liaison counsel.

---

[1] The Weiss Litigation includes the following cases in this district:

25-10806, Doe 1 et al v. Weiss et al.  
25-10855, Doe I et al v. Weiss et al.  
25-10870, Roe CLF 001 v. Weiss et al.  
25-10876, Doe v. University of Michigan Board of Regents et al.  
25-10951, Doe v. Board of Regents of the University of Michigan et al.  
25-10946, Doe 1 et al v. The Regents of The University of Michigan et al.  
25-10988, Doe v. Weiss et al.  
25-10999, Doe v. Board of Regents of the University of Michigan et al.

3

3) The Court will convene a conference to discuss the composition of the executive committee, including the question of whether attorneys from the group of lawyers not selected as interim co-lead counsel should be members. The Court will conduct that conference without participation of any defense counsel, unless a Defendant files an objection to proceeding in that fashion on or before May 29, 2025. If an objection is filed, any response to the objection will be due on or before June 3, 2025. Should an objection be filed, the Court will decide thereafter how to proceed. The conference will be held on zoom on June 12, 2025 at noon.

4) After consultation with all counsel in the case, interim lead co-counsel must file a consolidated complaint on or before June 6, 2025.

5) Defendants must answer or move in regard to the consolidated complaint on or before July 11, 2025. If a dispositive motion is filed, it must raise all defenses available by way of a motion under Rule 12 of the Federal Rules of Civil Procedure. The consolidated response to any motion must be filed no later than 30 days after the filing of the motion. Any reply must be filed no later than 14 days after the filing of any response.

6) No discovery may be taken without further order of the Court. After the filing of any dispositive motion, the Court will entertain a motion to allow discovery in light of the motion or other considerations.

**SO ORDERED.**

Dated: May 23, 2025  s/Mark A. Goldsmith
Detroit, Michigan  MARK A. GOLDSMITH
United States District Judge