**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Bryan P. Thompson (SBN 354683)
*bthompson@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

**PITT MCGEHEE PALMER BONANNI & RIVERS, P.C.**
Megan Bonanni (*PHV Pending*)
*mbonnani@pittlawpc.com*
Kevin M. Carlson*
*kcarlson@pittlawpc.com*
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
Tel: (248) 398-9800

**SOMMERS SCHWARTZ, P.C**
Lisa M. Esser*
*lesser@sommerspc.com*
Jason Thompson (*PHV Pending*)
*jthompson@sommerspc.com*
Richard L. Groffsky*
*rgroffsky@sommerspc.com*
Matthew G. Curtis*
*mcurtis@sommerspc.com*
One Towne Square, 17th Floor
Southfield, MI 48076
Tel: (248) 355-0300

*\* denotes PHV is forthcoming*

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW WEISS, CALIFORNIA STATE UNIVERSITY, SAN BERNARDINO, BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, and KEFFER DEVELOPMENT SERVICES, LLC, | Case No.: 5:25-cv-00997-HDV-MBK<br><br>Assigned for All Purposes to: Courtroom 5B; Hon. Hernan D. Vera<br><br>PLAINTIFF JANE DOE 1'S NOTICE OF VOLUNATRY DISMISSAL WITHOUT PREJUDICE |

**TO THE COURT AND ALL PARTIES OF RECORD:** Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jane Doe 1, in the above captioned case, voluntarily dismisses her claims in the above captioned matter against all named Defendants, without prejudice to her participation and/or recovery in this matter as an absent class members, and with leave to refile. Defendants have not yet served an answer or other responsive pleading.

DATED: June 27, 2025                     Respectfully submitted,

**CLARKSON LAW FIRM, P.C.**

*/s/ Bryan Paul Thompson*
Ryan Clarkson, Esq.
Yana Hart, Esq.
Bryan P. Thompson, Esq.

**SOMMERS SCHWARTZ, P.C.**
Jason J. Thompson (*PHV Pending*)
Lisa M. Esser*
Richard L. Groffsky*
Matthew G. Curtis*

**PITT MCGEHEE PALMER BONANNI & RIVERS, P.C.**
Megan Bonanni
Kevin M. Carlson*
Beth M. Rivers*
Danielle Y. Canepa*

*Proposed Interim Co-Lead Counsel for Plaintiff*

---

1

NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL